UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID H. HATAMI,<br><br>　　　　　Defendant.<br>_____/ | No. C 11-6567 MEJ<br><br>**CASE MANAGEMENT ORDER** |

Having review the parties' joint case management statement, the Court finds a case management conference unnecessary and therefore VACATES the July 5, 2012 conference. Dispositive motions shall be filed by October 25, 2012, to be heard on November 29, 2012.

**IT IS SO ORDERED.**

Dated: July 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge