1 **MICHAEL COSENTINO SBN 83253**
**ATTORNEY AT LAW**
2 **PO BOX 129**
**ALAMEDA, CA  94501**
3 Telephone: (510) 523-4702
Fax:         (510) 747-1640
4
**COUNSEL FOR THE UNITED STATES**
5 **OF AMERICA, PLAINTIFF**

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case NO. **C11-6567 MEJ** |
| Plaintiff, | **MOTION FOR ORDER EXTENDING TIME FOR DISPOSITIVE MOTIONS TO BE FILED AND HEARD; ORDER THEREON** |
| v. | |
| **DAVID H. HATAMI**, | |
| Defendant. | Motion for Summary Judgment |
| | Filing due date: October 25, 2012 |
| | Time: 10:00 A. M. |
| | Place: Courtroom B, 15th Floor |
| | Chief Magistrate Judge |
| | Maria-Elena James |
| | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |

**MOTION FOR ORDER EXTENDING TIME FOR DISPOSITIVE
MOTIONS TO BE FILED AND HEARD; ORDER THEREON**

The above entitled plaintiff, through its attorney of record, hereby moves the court for an order extending time for dispositive motions to be filed by March 14, 2013, to be heard on April 18, 2013.

In its Case Management Conference order entered July 2, 2012, the court ordered that dispositive motions shall be filed by October 25, 2012, to be heard on November 29, 2012.

The reason for this request is that the plaintiff is unable to file its motion

1  for summary judgment by October 25, 2012, due to the workload placed on the US
2  Department of Education's Loan Analysts (Custodian of Records).  The Department is
3  3 months behind in its efforts to confirm drafts of declarations in support of motions
4  because, simply put, there are not enough loan analysts, all of whom are located in
5  San Francisco, CA, to handle the entire country's requests for declarations timely; it is
6  roughly estimated that an additional 2 ½ to 3 ½ months is required for the declaration
7  to be finalized, where after the other pleadings for the motion, based upon the final
8  draft of the custodian's declaration, must be drafted by counsel for plaintiff.

On October 12, 2012, counsel for plaintiff sent an email (the attorneys have been communicating by email immediately subsequent to the filing of defendant's answer) to counsel for defendant requesting that defendant stipulate to an order extending the time by approximately 90 days for the parties to file dispositive motions. Six days has passed and counsel for defendant has not responded to this request. Therefore, plaintiff submits its motion for an order extending the time for the parties to file and have heard dispositive motions.

October 18, 2012                         _____/s/_____
                                          Michael Cosentino
                                          Counsel for plaintiff

**ORDER**

The foregoing motion having been considered, the matter having been submitted and good cause therefor,

THE COURT ORDERS THAT the order entered July 2, 2012, stating that dispositive motions shall be filed by October 25, 2012, to be heard on November 29, 2012, be and hereby is vacated.

THE COURT FURTHER ORDERS THAT dispositive motions shall be filed by March 14, 2013, to be heard on April 18, 2013.

DATED  October 29, 2012          _____
                                  Maria-Elena James, Chief Magistrate Judge
                                  United States District Court

2

**CERTIFICATE OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the within above-entitled action; my business address is: PO Box 129, Alameda, CA 94501.

On October 18, 2012, I served the attached

**plaintiff's MOTION FOR ORDER EXTENDING TIME FOR DISPOSITIVE MOTIONS TO BE FILED AND HEARD; ORDER THEREON** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office box at Alameda, California addressed as follows:

Vijay K. Toke
Attorney at Law
Hiaring + Smith, LLP
101 Lucas Valley Road, Suite 300
San Rafael, CA 94903

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2012, at Alameda, California.


　　　　　　　　　　　　　　　　　　　s/s
　　　　　　　　　　　　　　　　MICHAEL COSENTINO