UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 11-6567 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| DAVID H. HATAMI, | |
| Defendant. | |

On March 11, 2013, Plaintiff United States of America filed a Motion for Summary Judgment, with a noticed hearing date of April 18, 2013. Dkt. No. 17. However, Defendant David H. Hatami failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the April 18 hearing and ORDERS Defendant David H. Hatami to show cause why sanctions should not be imposed, including entry of judgment in favor of Plaintiff, for failure to provide any defense in this case and failure to comply with court deadlines. Defendant shall file a declaration by April 4, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on April 18, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby given to Defendant that the Court may impose sanctions without a hearing if no responsive declaration is filed. Thus, it is imperative that Defendant file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: March 26, 2013

_____
Maria-Elena James
United States Magistrate Judge